**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| QBE UNDERWRITING LIMITED as lead Underwriter subscribing to Policy Number B0507-M18PL0048,<br><br>    Plaintiff,<br><br> v.<br><br>HOST TERMINALS, LLC and ENVIVA PORT OF CHESAPEAKE LLC,<br><br>    Defendants. | Civil Case No.: 2:19-cv-00054-HCM-RJK |

**DEFENDANT HOST TERMINALS, LLC'S MOTION TO
DISMISS PURSUANT TO FED. R. CIV. P 12(B)(1) OR, IN THE
ALTERNATIVE, TO DISMISS OR STAY PURSUANT TO 28 U.S.C. § 2201**

COMES NOW, Defendant HOST TERMINALS, LLC, for the reasons set forth in the accompanying Memorandum of Law, respectfully moves this Court to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction or, in the alternative, to dismiss or stay action in favor a parallel state court action pending in the Circuit Court of the City of Norfolk, captioned *Host Terminals, LLC v. Certain Underwriters at Llloyd's of London, et al.*, No CL 1900 578600, pursuant to 28 U.S.C. § 2201.

Dated: June 11, 2019

                 **SULLIVAN COLLINS LAW GROUP P.L.C.**

                 By:*/s/*              
                    Deborah Y. Collins, Esq. (VSB No.: 82835)
                    Sullivan Collins Law Group P.L.C.
                    440 Monticello Avenue, Suite 1841
                    Norfolk, VA 23510
                    Phone: (757) 955-8545
                    Fax: (757) 687-0702
                    dcollins@asksullivan.com

*Attorneys for Defendant Host Terminals, LLC*

**ANDERSON KILL P.C.**

By: */s/*
    William G. Passannante, Esq.
      (admitted *pro hac vice*)
    Raymond A. Mascia Jr., Esq.
      (admitted *pro hac vice*)
    Anderson Kill P.C.
    1251 Avenue of the Americas
    New York, NY 10020
    Phone: (212) 278-1000
    Fax: (212) 278-1733
    wpassannante@andersonkill.com
    rmascia@andersonkill.com

*Attorneys for Defendant Host Terminals, LLC*