# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

|  |  |
|---|---|
| **QBE UNDERWRITING LIMITED, et al.,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) **Civil Action No. 2:19-cv-00054-HCM-RJK** ) |
| **HOST TERMINALS, LLC, et al.,** | ) ) ) |
| **Defendants.** | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs QBE Underwriting Limited and QBE Corporate Limited and Defendants Host Terminals, LLC and Enviva Port of Chesapeake, LLC, by and through their respective counsel, hereby stipulate and agree that this action shall be dismissed without prejudice, with each party bearing its own costs and attorney's fees in this action.

DATED:        October 9, 2019

| | |
|---|---|
| /s/ John B. Mumford, Jr. | /s/ Deborah Y. Collins |
| John B. Mumford, Jr. (VSB No.: 38764) | Deborah Y. Collins (VSB No.: 82835) |
| Lindsay L. Rollins (VSB No.: 86362) | Sullivan Collins Law Group P.L.C. |
| Hancock, Daniel & Johnson, P.C. | 440 Monticello Avenue, Suite 1841 |
| 4701 Cox Road, Suite 400 | Norfolk, Virginia 23510 |
| Glen Allen, Virginia 23060 | Telephone: (757) 955-8545 |
| jmumford@hancockdaniel.com | Facsimile: (757) 687-0702 |
| lrollins@hancockdaniel.com | dcollins@asksullivan.com |
| Telephone: (804) 967-9604 | *Counsel for Host Terminals, LLC* |
| Facsimile: (804) 967-9888 | |
| *Counsel for QBE Underwriting Limited and QBE Corporate Limited* | |

| /s/ Raymond A. Mascia, Jr. | /s/ Donna J. Hall |
|---|---|
| Raymond A. Mascia, Jr. | Douglas E. Penner (VSB No.: 43095) |
| William G. Passannante | Donna J. Hall (VSB No.: 26513) |
| Anderson Kill, P.C. | Goodman Allen Donnelly PLLC |
| 1251 Avenue of the Americas | 150 Boush Street, Suite 900 |
| New York, NY 10020 | Norfolk, Virginia 23510 |
| Telephone: (212)278-1000 | Telephone: (757) 625-1400 |
| Facsimile: (212) 278-1733 | Facsimile: (757) 625-7701 |
| rmascia@andersonkill.com | dpenner@goodmanallen.com |
| wpassannante@andersonkill.com | dhall@goodmanallen.com |
| *Counsel for Host Terminals, LLC* | *Counsel for Enviva Port of Chesapeake LLC* |